UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**HECTOR LUIS HERNANDEZ-FERNANDEZ, PETITIONER;**

*Plaintiff*,

v.

**TODD M. LYONS, ACTING DIRECTOR OF US ICE; MIGUEL VERGARA, SAN ANTONIO FIELD OFFICE DIRECTOR, US IMMIGRATION AND CUSTOMS ENFORCEMENT; KIKA SCOTT, SENIOR OFFICIAL PERFORMING THE DUTIES OF THE DIRECTOR AT USCIS; UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DHS; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, USCIS; AND WARDEN, SOUTH TEXAS ICE PROCESSING CENTER,**

*Defendants*.

Case No. 5:25-CV-00773-JKP

# O R D E R

Before the Court is Respondents' Advisory. *ECF No. 14*. In the Advisory, Respondents inform the Court:

> Petitioner was provided a bond hearing on October 28, 2025. The immigration judge granted Petitioner a bond in the amount of $7,500. See IJ Bond Order. Petitioner's bond sponsor posted the bond via third party system. That service led to a delay in ICE receiving the funds and processing the bond and release. Funds were received in the afternoon on, October 31, 2025. Once they were received ICE began the out process of petitioner. ICE is currently processing Petitioner for release.

*Id*.

2

Respondents are now **ORDERED** to file an Advisory **no later than Wednesday, November 5, 2025, at 5:00 p.m.** informing the Court whether Petitioner has been released from custody.

It is so ORDERED.
SIGNED this 3rd day of November, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE