UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**HECTOR LUIS HERNANDEZ-FERNANDEZ, PETITIONER;**

   *Plaintiff*,

v.

**TODD M. LYONS, ACTING DIRECTOR OF US ICE; MIGUEL VERGARA, SAN ANTONIO FIELD OFFICE DIRECTOR, US IMMIGRATION AND CUSTOMS ENFORCEMENT; KIKA SCOTT, SENIOR OFFICIAL PERFORMING THE DUTIES OF THE DIRECTOR AT USCIS; UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DHS; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, USCIS; AND WARDEN, SOUTH TEXAS ICE PROCESSING CENTER,**

   *Defendants*.

Case No. 5:25-CV-00773-JKP

## O R D E R

Before the Court is the parties' Notice. *ECF No. 18*. In the Notice, the parties agree there are no other matters before the Court that need to be resolved, and the Court should dispose of the matter accordingly. *Id*. The Clerk of Court is therefore **DIRECTED** to close this case.

It is so ORDERED.
SIGNED this 10th day of November, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE